IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTOR MANUEL RIVERA,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civ. No.  16-1493** |
| | : | |
| **JOHN C. THOMAS, et al.,** | : | |
| **Defendants.** | : | |
| | : | |

# O R D E R

**AND NOW**, this 27th day of March, 2017, upon consideration of Defendants' Motion to Dismiss (Doc. No. 23), Plaintiff's Response (Doc. No. 26), and Defendants' Reply (Doc. No. 27), it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Doc. No. 23) is **GRANTED**.

2. Plaintiff's constitutional claims (Counts I and II) are **DISMISSED with prejudice**.

3. Plaintiff shall **TRANSFER** his negligence claims (Counts III and IV) to the appropriate state court.

4. The Clerk of Court shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____
Paul S. Diamond, J.